IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN CHENG WANG,

    Petitioner,

  v.

RANDY GROUNDS,

    Respondent.
                            /

No. C 12-2044 JSW (PR)

**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Docket No. 4)

    Petitioner, a prisoner of the State of California, has filed a petition for a writ of habeas corpus challenging a decision by the California Supreme Court denying Petitioner's request for discovery in a . Errors in the state post-conviction review process are not addressable through federal habeas corpus proceedings. *Ortiz v. Stewart*, 149 F.3d 923, 939 (9th Cir. 1998). Such errors do not generally represent an attack on the prisoner's detention and therefore are not proper grounds for habeas relief. *See id.; Millard v. Lynaugh*, 810 F.2d 1403, 1410 (5th Cir. 1987) (denial of hearing on state collateral proceedings not addressable in federal habeas).

    Petitioner was convicted in 2002 based on a guilty plea, and his appeal of this conviction was denied by the California Court of Appeal. In 2011, he filed a habeas petition in the California Supreme Court, which was denied in February 2012. He then wrote a letter to the California Supreme Court complaining that the denial of his petition was in error because the court had not allowed him to conduct discovery, in violation of his right to due process. This alleged error in the post-conviction review of Petitioner's

conviction cannot be addressed in a federal habeas petition. Accordingly, the petition is DISMISSED.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. Petitioner has failed to make a substantial showing that his claims amounted to a denial of his constitutional rights or demonstrate that a reasonable jurist would find this Court's denial of his claim debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case

In light of Petitioner's lack of funds, his application for leave to proceed in forma pauperis is GRANTED (docket number 4).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: June 11, 2012

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUN CHENG WANG,

    Plaintiff,

v.

RANDY GROUNDS et al,

    Defendant.

Case Number: CV12-02044 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sun Cheng Wang
CTF-
T65988
P.O. Box 705
Soledad, CA 93960

Dated: June 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk